No. 74–353. SCHUBERT, HOSPITAL SUPERINTENDENT v. KOVACH. Sup. Ct. Wis. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 74–384. SPRINKLE, ACTING WARDEN, ET AL. v. MASON. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.